UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON HASSAN,<br><br>       Appellant,<br><br>    v.<br><br>BLACKBURNE & SONS REALTY CAPITAL CORPORATION,<br>       Defendant. | Case Nos.  14-CV-04836-LHK<br>               14-CV-05171-LHK<br><br>**ORDER TO SHOW CAUSE** |

Appellant Hassan has filed notices of appeal from the United States Bankruptcy Court for the Northern District of California in two separate actions pending before this Court.

In Case No. 14-4836, Appellant filed her notice of appeal on October 30, 2014. No. 14-0486, ECF No. 1. In Appellant's notice of appeal, Appellant indicated that she was appealing the Bankruptcy Court's September 30, 2014 order declaring Appellant a vexatious litigant; August 20, 2014 order granting Defendants' motion for summary judgment; September 23, 2014 order granting Defendant Brown's motion to vacate Appellant's entry of default; and September 30, 2014 denying Appellant's motion to amend the complaint. *See id.* at 9. Several of these appeals are untimely, as explained by the Bankruptcy Court in its December 23, 2014 order granting in part and denying in part Appellant's motion to extend time to file appeal-related documents. No.

13-05065, ECF No. 383. The Bankruptcy Court did grant Plaintiff leave to file appeal-related documents for her appeal of the September 23, 2014 order granting Defendant Brown's motion to vacate Appellant's entry of default, with a deadline of January 27, 2015. *Id.*

In Case No. 14-05171, Appellant filed her notice of appeal on November 21, 2014. No. 14-05171, ECF No. 1. In her second notice of appeal, Appellant indicated that she was appealing the Bankruptcy Court's September 23, 2014 order granting Defendant Brown's motion to vacate Appellant's entry of default. *Id.* at 4. Appellant had also apparently appealed the Bankruptcy Court's denial of Appellant's motion for reconsideration as to the Bankruptcy Court's September 23, 2014 order to the Ninth Circuit Bankruptcy Appellate Panel ("BAP"). *See* No. 14-05171, ECF No. 4. The BAP transferred Appellant's appeal to this Court on March 9, 2015. *Id.*

In both appeals, Appellant appears to have failed to comply with Rule of Bankruptcy Procedure 8009, as Appellant has not filed designations of record and statements of the issues. Moreover, Appellant has also failed to perfect the record on appeal pursuant to Rule of Bankruptcy Procedure 8006 and Bankruptcy Local Rule 8007. The Bankruptcy Court has already granted Appellant multiple extensions of time within which to file appeal-related documents, and put Appellant on notice that Appellant's appeals as to the September 30, 2014 order declaring Appellant a vexatious litigant, August 20, 2014 order granting Defendants' motion for summary judgment, and judgment are untimely. *See* Case No. 13-05065, ECF Nos. 383, 415.

As approximately six months have passed since Appellant filed her notices of appeal in Case Nos. 14-04836 and 14-05171, the Court hereby orders Appellant to show cause why these cases should not be dismissed for failure to prosecute and failure to comply with the Rules of Bankruptcy Procedure and the Bankruptcy Local Rules. Appellant has until May 26, 2015 to file a response to this order. A hearing on this order to show cause is set for **May 27, 2015, at 2 p.m.** Appellant's failure to respond to this order and to appear at the May 27, 2015 hearing will result in a dismissal of this appeal.

**IT IS SO ORDERED.**

Dated: May 6, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge