United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON HASSAN,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>BLACKBURNE & SONS REALTY CAPITAL CORPORATION,<br>　　　　　Defendant. | Case Nos.  14-cv-04836-LHK<br>　　　　　　 14-cv-05171-LHK<br><br>**ORDER RE OSC AND DEADLINE WITHIN WHICH TO PERFECT THE RECORD** |

The Court held a hearing on its Orders to Show Cause in Case Nos. 14-04386 and 14-05171 on May 27, 2015. Appellant complied with the Court's Orders directing Appellant to file a response by May 26, 2015 and to appear at the May 27, 2015 hearing. The Court therefore VACATES the Orders to Show Cause.

Appellant shall perfect the records in Case Nos. 14-04836 and 14-05171 by June 8, 2015. The Court cautioned Appellant on the record that failure to meet this deadline will result in a dismissal with prejudice of both actions.

The Court referred Appellant to Mr. Knestrick, the staff attorney for the Federal Pro Se Program. Appellant is strongly encouraged to make an appointment with Mr. Knestrick and to consult with Mr. Knestrick as soon as possible. Appellant can contact Mr. Knestrick at (408) 297-

1

1480.

**IT IS SO ORDERED.**

Dated: May 27, 2015

_____
LUCY H. KOH
United States District Judge